Tricia BOSAK
and James Sager,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S48536)

37 P3d 980

Margaret S. Olney, Smith, Gamson, Diamond & Olney, Portland, filed the petition for petitioners.

Rolf C. Moan, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

Petitioners challenge the Attorney General's certified ballot title for a proposed initiative denominated by the Secretary of State as Initiative Petition 40 (2002). ORS 250.085(2). The proposed initiative, if approved, would incorporate into the Oregon Constitution several new provisions concerning the negotiation of wages and working conditions in public sector workplaces in Oregon. The Attorney General's certified ballot title is insufficient for the reasons described by this court with respect to a similar ballot title for a similar proposed measure in *Novick/Bosak v. Myers*, 333 Or 18, 36 P3d 464 (2001). For the same reasons, we refer the ballot title in this proceeding to the Attorney General for modification. ORS 250.085(8).

Ballot title referred to the Attorney General for modification.